EL PUEBLO, DEMANDANTE Y APELADO, *v.* PARÍS, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 2ª., en causa por seducción.

No. 775.—Resuelto en abril 26, 1915.

SEDUCCIÓN—PRUEBAS—CARTA ESCRITA POR ORDEN DEL ACUSADO—SU ADMISIÓN COMO PRUEBA.—Es este caso, introducida como prueba cierta carta del acusado a la perjudicada, ésta declaró que la había recibido y contestado, siguiendo la costumbre establecida entre ellos y que, aunque el acusado no sabía escribir, le constaba que la carta era suya, declaración que fué además corroborada por la de un testigo que dijo haber escrito la carta por orden del acusado; y se resolvió: que la corte no cometió error alguno al admitir la dicha carta como prueba.

Los hechos están expresados en la opinión.
Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.*
El apelante no compareció.

EL JUEZ ASOCIADO. SR. DEL TORO, emitió la opinión del tribunal.

El presente es un recurso de apelación contra sentencia de la Corte de Distrito de San Juan, Sección 2ª., por virtud de la cual Juan París, el apelante, fué condenado a un año de presidio como autor de un delito de seducción.

Forma parte de los autos una exposición del caso y pliego de excepciones. La acusación es correcta. Imputa al acusado, siguiendo las palabras del estatuto, con toda claridad, el delito de seducción. La prueba del Fiscal abarcó todos los elementos constitutivos del crimen perseguido, esto es, que la perjudicada era una joven soltera, que estaba reputada por pura y que realizó actos carnales con el acusado por virtud de la promesa de matrimonio que éste le hiciera. Dicha prueba fué contradicha por la de la defensa, y el jurado decidió el conflicto optando por dar crédito a la prueba del Fiscal.

Se tomaron dos excepciones durante el juicio, ambas referentes a la introducción como prueba de cierta carta del acusado. La perjudicada declaró que había recibido dicha carta

y la había contestado, siguiendo la costumbre establecida entre el acusado y ella, y que aunque el acusado no sabía escribir, le constaba que la carta era suya.   La declaración de la perjudicada fué corroborada por la de Pedro Alvarez quien declaró que había escrito la carta en cuestión por orden del acusado.   Siendo esos los hechos, opinamos que la corte no cometió finalmente error alguno al admitir la carta.

Procede la confirmación de la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.